# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-00092-MOC-DSC

| | |
|---|---|
| TAYLOR & COMPANY, et. al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORPORATION, et. al., | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for J. Cliff Johnson, II and Joe Bradley Pigott]" (documents ## 2 and 3) filed February 28, 2014. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: 3/3/2014

_____

David S. Cayer
United States Magistrate Judge