# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00092-MOC-DSC

| | |
|---|---|
| TAYLOR & COMPANY, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA CORPORATION, et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Joint Motion to Modify Pretrial Order and Case Management Plan" (document # 27) filed February 26, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>.

The mediation deadline is extended to May 1, 2015.

Expert discovery is extended as follows: Plaintiffs to serve their expert report by March 16, 2015; Defendants to serve their expert report by March 30, 2015; and supplementations under Rule 26(e) will be served by April 13, 2015.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: September 29, 2014

David S. Cayer
United States Magistrate Judge